Donald F. Carey, ISB #4392
CAREY LAW, PLLC
477 Shoup Ave, Suite 203
Idaho Falls, Idaho 83402
Telephone: (208) 525-2604
Facsimile: (208) 525-8813
E-mail: dfc@careylawidaho.com

Attorney for Plaintiff

**UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| GARY LEU, | Case No. 1:22-cv-00087-REP |
| Plaintiff, | **AMENDED COMPLAINT FOR DAMAGES AND DECLARATORY JUDGMENT UNDER IDAHO PATIENT ACT (Idaho Code § 48-301 et. Seq.) and DEMAND FOR JURY TRIAL** |
| v. | |
| NS SUPPORT, LLC dba Neuroscience Associates and PAUL MONTALBANO, M.D. , | |
| Defendants. | |

COMES NOW Plaintiff GARY LEU, and complains and alleges as follows:

**INTRODUCTION**

1.     This is an action for relief and discharge of an illegal and inappropriate lien filed by NS SUPPORT, LLC dba Neuroscience Associates ("NS")   and PAUL MONTALBANO, M.D. ("MONTALBANO") against Plaintiff GARY LEU ("LEU") for services rendered on an emergency basis.

2.     Defendants' conduct in filing and recording a lien is in violation of the Idaho Patient Act (Idaho Code § 48-301 et. Seq.).

3.     Plaintiff put Defendants on notice of their improperly recorded lien, however Defendants have failed to discharge the lien.

4.     This case seeks both monetary damages as provided for under the Idaho Patient Act, Idaho Code § 48-301 et. seq, and a declaration of rights pursuant to 28 U.S.C. § 2201, and Idaho Code § 10-1201.

## JURISDICTION

5.     Damages herein exceed $75,000.

6.     Plaintiff is a permanent resident of Utah.

7.     Defendant NS Support, LLC., is an Idaho limited liability company with its principal place of business located in Boise, Idaho.

8.     Dr. Paul Montalbano ("Montalbano") is a neurosurgeon whose practice is located in Boise, Idaho. Montalbano is a member of NS Support, LLC. See Exhibit 1.

9.     Diversity of citizenship between the Plaintiff and the Defendants is complete.

10.    This court has jurisdiction pursuant to 28 U.S.C. § 1332.

## VENUE

11.    Venue is proper in the United State District Court for the District of Idaho, pursuant to 28 U.S.C. § 1391(b)(2).

## PARTIES

12.    At all times relevant hereto, Plaintiff was a resident of the State of Utah.

13.    NS Support, LLC dba Neuroscience Associates is an Idaho limited liability company with a principal place of business in Boise, Ada County Idaho.

14.    The name and address of NS Support LLC's registered agent is Lisa Jolliff, 6140 Curtisian, Suite 400, Boise, Idaho. See Exhibit 1.

15.     On information and belief, Defendant Montalbano, is a resident of Ada County, Idaho.

16.     Montalbano is a neurosurgeon practicing at Neuroscience Associates, 6140 West Curtisian Avenue, Suite 400, Boise, Idaho.

17.     Montalbano is a member of NS Support LLC.

18.     Other members of NS Support, LLC include Michael Hajjar, Timothy Johans, Thomas Manning, Kelly Bridges and Richard Lochhead (collectively "Other Members").

19.     Other Members are also neurosurgeons.

20.     Other Members are part of the provider network for SelectHealth.

21.     SelectHealth is a provider of health insurance in Utah.

22.     Montalbano is not a member of the provider network for SelectHealth.

23.     Other Members have contractual relationships with SelectHealth.

24.     NS Support LLC is not a licensed health care provider.

25.     NS Support LLC is not incorporated under the laws of the state of Idaho to practice medicine or surgery.

**FACTUAL ASSERTIONS**

26.     Plaintiff Gary Leu was the operator of a motor vehicle involved in a multi-car accident on July 22, 2021, occurring on Interstate 84 near Caldwell, Idaho.

27.     The accident was caused by the negligent or reckless conduct of James Eckhardt.

28.     American Reliability Insurance Company provides liability coverage to Eckhardt that covers damages he caused in the accident of July 22, 2021.

29.     Leu sustained severe injuries in the crash and was transported from the scene, via Canyon County Ambulance, to Saint Alphonsus Medical Center in Boise.

30.     Leu's injuries included fractures of two vertebrae in his thoracic spine.

31.     Surgical intervention in the form of open reduction of the T8-T9 fracture with stabilization from T6 through T11 was the only option to treat Leu's injuries.

32.     The fractures required medical treatment on an emergent basis.

33.     The fractures were a direct and proximate result of the negligent acts that caused the accident.

34.     Montalbano was the neurosurgeon provided by St. Alphonsus to perform the surgery.

35.     Leu had no opportunity to evaluate the costs of surgery.

36.     Leu had no opportunity to select a different surgeon.

37.     At the time of the crash, Leu was covered by a health insurance policy ("Health Insurance") issued by SelectHealth.

38.     Leu purchased the Health Insurance to limit his financial risk for costs of medical care.

39.     Leu expected the medical costs for the surgery to be covered by his Health Insurance.

40.     Prior to his surgery, Leu was not informed that Montalbano did not have a contractual relationship as a SelectHealth provider.

41.     Prior to his surgery, Leu was not informed that Montalbano would refuse to bill SelectHealth for medical services.

42.    Montalbano performed the needed surgery.

43.    Anesthesia records indicate that anesthesia was administered for 250 minutes.

44.    On information and belief, the surgery could not have taken more than 250 minutes.

45.    Montalbano used a nurse practitioner named Deborah Svangstu ("Svangstu") as a surgical assistant.

46.    Montalbano submitted a bill to Plaintiff for his services in the amount of $165,915.00.   A true and correct copy of his bill is attached as Exhibit 2.

47.    Svangstu submitted a bill to Leu for services rendered in the amount of $79,035.00.   A true and correct copy of this bill is attached as Exhibit 3.

48.    The combined total of the bills is $244,950.00, or NINE HUNDRED AND SEVENTY NINE ($979.80) DOLLARS PER MINUTE.

49.    If the bills were submitted Leu's health insurance, SelectHealth would pay the reasonable amount for Montalbano's services to Leu.

50.    Defendants have refused to submit the charges for Leu's medical treatment to SelectHealth for payment.

51.    Defendants refuse to submit the bills because Leu's need for surgery was caused by an injury crash. See Exhibit 4.

52.    All other medical service providers participating in Leu's care have submitted their bills for care related to Leu's injuries to SelectHealth including Canyon County Ambulance, St. Alphonsus Regional Medical Center, Boise Anesthesia, Gem

State Radiology, Intermountain Medical Imaging, Fairfield Village Rehabilitation Hospital, Tanner Clinic, Ogden Clinic, and Intermountain Homecare & Hospice as well as the general surgeons involved in Leu's care at Saint Alphonsus Medical Center.

53.     Leu had available to him $3,000 in medical payments coverage as part of his auto insurance policy med-pay policy provision.

54.     Medical payments coverage is optional no-fault coverage that pays a limited benefit for expenses incurred in a collision.

55.     Leu had a right to $3,000 in payments towards medical expenses under that coverage.

56.     Defendants submitted Svangstu's bill in the amount of $79,035.00 directly to Leu's auto coverage.

57.     Defendants were paid the limits of $3,000.00 which was paid August 11, 2021, and applied toward the invoice of Svangstu.   A true and correct copy of the Leu's PIP Payment Log is attached hereto as Exhibit 5.

58.     The payment made by Leu's auto policy was against the full billed amount not the reasonable, or discounted, amount.

## THE AMOUNTS BILLED ARE UNREASONABLE AND EXCESSIVE

59.     Plaintiff realleges paragraphs 1-58 as though the same were fully set forth herein.

60.     The reasonable charge for the Defendants services is less than the billed amounts.

61.     The services are identified on the bills by their five-digit Healthcare Common Procedure Coding System (HCPCS) codes.

62.     These are HCPCS "level I" codes that correlate directly to Current Procedural Terminology (CPT) codes.

63.     CPT codes are five-digit numeric codes used to accurately describe medical, surgical, and diagnostic services provided to a patient.

64.     CPT codes were developed and are maintained by the American Medical Association through the CPT Editorial Panel.

65.     HCPCS are codes based on the CPT.

66.     HCPCS codes provide standardized tool for use by medical service providers in claiming reimbursement for services from healthcare insurance companies.

67.     HCPCS was developed by the Centers for Medicare & Medicaid Services (CMS).

68.     HCPCS Levels II and III contain additional coding beyond CPT codes to capture specific hardware or other items and services provided when health care is provided that is not contained within the CPT codes.

69.     The resource-based relative value scale (RBRVS) is the physician payment system used by the Centers for Medicare & Medicaid Services (CMS).

70.     The RBRVS is based on the principle that payments for physician services should vary with the resource costs for providing those services.

71.     RBRVS is also used by most health insurance carriers to determine physician payment.

72.     On information and belief, RBRVS is also used by all of the top 5 health insurance companies by market share in the Idaho market to determine physician payment.

73.     Relative Value Units (RVUs) are a basic component of the RBRVS.

74.     RVUs are designed to define the value of a particular service or procedure relative to all services and procedures.

75.     For each HCPCS Level 1 code, the total RVU is a combination of Work RVUs, Practice Expense RVUs and Malpractice RVUs.

76.     These categories are intended to account for skills and related issues in providing service along with practice expenses and relative litigation risks.

77.     The 2021 National Physician Fee Schedule Relative Value File January Release provides the RVUs applicable to medical services provided in Idaho on July 22, 2021.

78.     The total RVUs for HCPCS procedure code 22327 in 2021 when services were delivered to Leu are 45.37.

79.     Total RVUs of 45.37 is the sum of the 20.77 Work RVUs, 17.76 Practice Expense RVUs and 6.84 Malpractice RVUs identified on the National Physician Fee Schedule for that procedure code.

80.     Coding guidelines for using the HCPCS codes are published by the CMS and the AMA.

81.     The Coding Guidelines include direction in the use of modifiers.

82.     When multiple procedures are performed the procedure with the largest total RVUs is the primary procedure.

83.    When one or more secondary procedures are performed, a modifier reduces the total RVU for the secondary procedure by half.

84.    A surgical assistant is subject to a modifier that allows only 15% of the RVUs coded procedure.

85.    RVUs are multiplied by an applicable dollar per RVU conversion factor to identify the proper reimbursement amount for a particular service.

86.    Different areas of the country will apply different conversion factors.

87.    Idaho Workers Compensation System provides that each RVU assigned to a spinal surgery has a conversion factor of $135.

88.    Based upon information and belief, under Idaho Worker's Compensation system, the reimbursement rate for a surgeon would be $6,124.95 for procedure code 22327.

89.    The bill for procedure code 22327 charges by Dr. Montalbano is $36,834.00.

90.    Based upon information and belief, under Idaho Worker's Compensation system, the reimbursement rate for Svangstu would be $919.35 for procedure code 22327.

91.    The bill for procedure code 22327 from NP Svangstu is $18,417.00.

92.    Based upon information and belief, the Medicare conversion factor for 2021 services is $34.8931 (thirty-four dollars eighty-nine and thirty-one one-thousandths cents) for all services.

93.    Based upon information and belief, for a Medicare patient the reimbursement for procedure code 22327 for the surgeon would be $1,572.28.

94.    Based upon information and belief, for a Medicare patient the reimbursement for the surgical assistant for procedure code 22327 would be $157.23.

95.    Additional information on reimbursement rates is available from an organization known as FAIR Health.

96.    Fair Health is an independent, national nonprofit organization that attempts to make publicly available neutral information about medical services pricing by CPT code.

97.    This information comes from a variety of sources including health insurance carriers.

98.    Fair Health makes its pricing information available to the public based on publicly available data at www.fairhealthconsumer.org.

99.    That database reflects that the expected uninsured/out of network cost for a surgeon for procedure code 22327 is $9,284.00. See Exhibit 6

100.    The amount charged by Montalbano to Leu, $36,834.00, represents a three hundred and ninety-six (396%) percent markup over reasonable charges for the surgical procedure performed. Thirty-Six Thousand Eight Hundred Thirty Four ($36,834.00) dollars is not a reasonable amount for reimbursement for any surgeon for the procedure code 22327.

101.    The other billed procedures are also inflated above a reasonable amount.

102.    A reasonable amount for the services may be identified in contracts or agreements between Other Members and SelectHealth.

103.    A reasonable amount for the services may be identified in contracts between Montalbano and/or Other Members and other health insurance carriers.

104.    On information and belief, Plaintiff expects a reasonable amount for the total services to be less than 30% of $244,950.00

105.    The Fair Health database shows that the total services provided by Montalbano to Leu on 7/22/21 would be expected to be billed at $13,347.00, for an in-network procedure, or $35,462.00 if out of network.

106.    Dr. Montalbano billed $165,915.00 for those particular services., representing a four-hundred sixty-seven (467%) percent markup.

107.    A chart showing the data from Fair Health as compared to the billed costs by code is attached as Exhibit 7.

108.    Under current United States law, as of January 1, 2022, the "No Surprises Act" would preclude any balance billing against Leu for out of network expenses because he received his services on an emergent basis.

109.    If billed by Defendants, SelectHealth will pay a reasonable amount for the services provided by Montalbano and Svangstu.

110.    Plaintiff would pay any co-pay or deductible required by his health insurance contract with SelectHealth.

## DEFENDANTS VIOLATED THE IDAHO PATIENT ACT

111.    Plaintiff realleges paragraphs 1-110 as though the same were fully set forth herein.

112.   More than forty-five (45) days have passed since Defendants last treatment of Leu.

113.   On or about August 6, 2021, Paul Montalbano, MD, and Neuroscience Associates filed with the Ada County Recorder in Document No. 2021-116926 a medical lien (hereinafter "Lien") claiming that right was conferred by Idaho Code § 45-704B.

114.   A true and accurate copy of the lien is attached hereto as Exhibit 8.

115.   The claimed Lien amount is for the total billed amount of $244,950.00.

116.   The Lien is asserted "against any and all causes of action, suits, claims, counterclaims, or demands" that Leu or his legal representatives have against Eckhardt or American Reliable Insurance Company.

117.   The lien is for medical services provided by Defendants from July 22, 2021, through July 23, 2021.

118.   Leu's last date of medical services for the injuries by Montalbano was July 22, 2021.

119.   The lien amount of $244,950.00 does not represent the reasonable charges for the medical services provided to Leu by Defendants.

120.   Defendants' filing of the lien constitutes an "extraordinary collection action" as defined by Idaho Code § 48-303(3).

121.   Although requested to do so, Defendants continue to refuse to submit the charges to SelectHealth.

122.   Under Idaho law, the lien attaches against Leu's potential claim or judgment against Eckhardt and/or his insurer American Reliable Insurance Company.

123.    The existence of the lien creates difficulties for Leu in resolving his bodily injury claim with Eckhardt.

124.    The lien causes actual damages to Leu.

125.    Defendants were made aware of their violation of the Idaho Patient Act by letter dated February 16, 2022. A true and correct copy of that letter is attached as Exhibit 9.

126.    A confirmation email was received by Montalbano's office on February 16, 2022.  A true and correct copy of that email is attached as Exhibit 10.

## COUNT ONE
## DECLARATORY JUDGMENT
### (The Lien Is Invalid and Discharged)

127.    Plaintiff realleges paragraphs 1-126 as though the same were fully set forth herein.

128.    Idaho Code § 45-704B only entitles physicians to file a lien for *reasonable* charges related to medical treatment related to an injury.

129.    $244,950.00 is not a reasonable charge for Defendants' medical treatment of Leu.

130.    The lien does not comport with the standards of Idaho Code § 45-704B.

131.    The lien is therefore invalid.

132.    Leu is entitled to discharge of the invalid lien.

## COUNT TWO

## VIOLATION OF THE IDAHO PATIENT ACT

133.    Plaintiff realleges paragraphs 1-128 as though the same were fully set forth herein.

134.    The Idaho Patient Act is codified at Idaho Code §§ 48-301 to 48-313.

135.    The Idaho Patient Act is a remedial statute.

136.    The Idaho Patient Act precludes a hospital, physician, or other health care provider from filing a lien for payment of medical treatment unless the provider first *"submits its charges related to the provision of goods or services to the third-party payor or payors of the patient."*

137.    Defendants are providers subject to the provisions of the Act.

138.    A third-party payor is an entity subject to Idaho insurance laws and regulations "that contracts or offers to contract to provide, deliver, arrange for, pay for or reimburse any of the costs of health care services."

139.    SelectHealth is a third-party payor under the Idaho Patient Act.

140.    The Idaho Patient Act requires Defendants to submit all charges for Leu's treatment to SelectHealth prior to filing the lien.

141.    Defendants never submitted the charges for Leu's medical treatment to SelectHealth.

142.    On January 27, 2022, in an email from Montalbano's office, counsel for Plaintiff was advised that "Dr. Montalbano does not bill Health Insurance for Auto Accidents."   A true and correct copy of the email is attached hereto as Exhibit 4.

143.   Defendants' refusal to bill Leu's health insurance carrier is in violation of the Idaho Patient Act.

144.   Defendants filed the lien asserting $244,950.00 in charges for Leu's medical treatment from July 21, 2021 through July 22, 2021. Exhibit 8.

145.   The lien is an "extraordinary collection action." I.C. § 48-303(3).

146.   Defendants filed the lien in violation of the Idaho Patient Act.

147.   The existence of the lien causes actual damages to Leu.

148.   The existence of the lien interferes with Leu's ability to resolve his personal injury claim.

149.   Leu is entitled to his actual damages caused by the lien pursuant to Idaho Code § 48-311(2).

150.   Actual damages include any amounts awarded to compensate for a proven injury or loss and is synonymous with the term compensatory damages.

151.   Among his directly calculable actual damages is the difference between the lien amount and the reasonable value of the medical services.

152.   Plaintiff has also incurred actual non-economic damages.

153.   Defendants are knowingly and willfully violating the Idaho Patient Act.

154.   Defendants continue to refuse to withdraw the lien and submit the charges for Leu's medical treatment to Select Health.

155.   Defendants knowing violation is continuing after they have been specifically informed of the provisions of the Idaho Patient Act.

156.    Leu is entitled to three (3) times his actual damages pursuant to the Act for Defendants knowing violation. I.C. § 48-311(3).

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues.

## PRAYER

WHEREFORE, Plaintiff prays for judgment for damages against the Defendants, and each of them, as follows:

1.    That the Court enter an Order declaring the lien invalid and discharged.

2.    Defendants be ordered to withdraw the lien and /or file notice of discharge of the lien.

3.    Leu being awarded his actual damages sustained as a result of Montalbano's and NS Support, LLC's violation of the Idaho Patient Act.

4.    That the court treble Leu's actual damages pursuant to Idaho Code § 48-311(3) based on Defendants' willful and knowing violation of the Idaho Patient Act.

5.    Leu be awarded all costs, expenses, and fees, including attorney's fees pursuant to Idaho Code § 48-305(3) or as otherwise pled for having to contest the lien and pursue this suit.

///

///

///

///

6.      For such other and further relief as the Court may deem just and equitable.

DATED this 28th day of February, 2022.

CAREY LAW, PLLC


/s/ Donald F. Carey
_____
Donald F. Carey, of the Firm
Attorneys for Plaintiff

# EXHIBIT 1

# EXHIBIT 1



0004496232



**STATE OF IDAHO**
*Office of the secretary of state, Lawerence Denney*
**ANNUAL REPORT**
Idaho Secretary of State
PO Box 83720
Boise, ID 83720-0080
(208) 334-2301
Filing Fee: $0.00

| For Office Use Only |
| --- |
| **-FILED-** |
| File #: 0004496232 |
| Date Filed: 11/12/2021 10:37:31 AM |

| Entity Name and Mailing Address: | |
| --- | --- |
| Entity Name: | NS SUPPORT, L.L.C. |
| The file number of this entity on the records of the Idaho Secretary of State is: | 0000000960 |
| Address | 6140 W CURTISIAN AVE STE 400 BOISE, ID 83704-8907 |

| Entity Details: | |
| --- | --- |
| Entity Status | Active-Existing |
| This entity is organized under the laws of: | IDAHO |
| If applicable, the old file number of this entity on the records of the Idaho Secretary of State was: | W151 |

| The registered agent on record is: | |
| --- | --- |
| Registered Agent | LISA JOLLIFF Registered Agent Physical Address 6140 W CURTISIAN STE 400 BOISE, ID 83704 Mailing Address |

Limited Liability Company Managers and Members

| Name | Title | Business Address |
| --- | --- | --- |
| Michael Hajjar | Member | 6140 W CURTISIAN STE 400 BOISE, ID 83703 |
| Paul Montalbano | Member | 6140 W CURTISIAN AVE SUITE 400 BOISE, ID 83704 |
| Timothy Johans | Member | 6140 W CURTISIAN AVE SUITE 400 BOISE, ID 83704 |
| Thomas Manning | Member | 6140 W CURTISIAN AVE SUITE 400 BOISE, ID 83704 |
| Richard Lochhead | Member | 6140 W CURTISIAN AVE SUITE 400 BOISE, ID 83704 |
| Kelly Bridges | Member | 6140 W CURTISIAN AVE SUITE 400 BOISE, ID 83704 |

The annual report must be signed by an authorized signer of the entity.
Job Title: Accountant

*Jeri Ferrill*

Sign Here

*11/12/2021*

Date

B0662-5621 11/12/2021 10:37 AM Received by ID Secretary of State Lawerence Denney

# EXHIBIT 2

# EXHIBIT 2

Montalbano MD, Paul J
6140 W Curtisian Ave
Suite 400
Boise, ID 83704-8907

**Address Service Requested**

**Please Pay Online At:   WWW.IDNEURO.COM**

| | IF PAYING BY CREDIT CARD, PLEASE FILL OUT BELOW. | | |
|---|---|---|---|
| MasterCard M C | VISA VISA | | |
| CARD NUMBER | | | EXP. DATE |
| SIGNATURE X | | | CVV # |
| **DATE** | **PAY THIS AMOUNT** | | **ACCT. #** |
| 11/22/21 | $0.00 | | 175082 |

**PHONE # (208) 327-5600**

| PAGE # 1 | SHOW AMOUNT PAID HERE $ |
|---|---|

**REMIT TO:**

1642 ***************AUTO**MIXED AADC 836 5

GARY M LEU
1943 KAYS CREEK DR
LAYTON UT 84040-8243

Montalbano MD, Paul J
6140 W Curtisian Ave
Suite 400
Boise, ID 83704-8907

**STATEMENT**

☐ Please check box if above address is incorrect and indicate change(s) on reverse side.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| Date of Service | Description | Amount | Ins Balance | Patient Balance | Line Item Balance |
|---|---|---|---|---|---|
| | ENCOUNTER 689972 FOR LEU, GARY WITH MONTALBANO MD, PAUL J | | | | |
| 07/22/21 | 99284 - Emer Visit E&m Hi Sever Urgent | 1,155.00 | 1,155.00 | 0.00 | 0.00 |
| | ENCOUNTER TOTAL | 1,155.00 | 1,155.00 | 0.00 | 1,155.00 |
| | ENCOUNTER 690119 FOR LEU, GARY WITH MONTALBANO MD, PAUL J | | | | |
| 07/22/21 | 22327 - Open Tx Vert Fx/disloc-post-1; | 36,834.00 | 36,834.00 | 0.00 | 0.00 |
| 07/22/21 | 22328 - Op Tx Vert Fx/disloc-post; Ea | 11,718.00 | 11,718.00 | 0.00 | 0.00 |
| 07/22/21 | 22610 - Arthrodesis-post/postlat-1; Th | 39,612.00 | 39,612.00 | 0.00 | 0.00 |
| 07/22/21 | 22614 - Arthrodesis-post/lat; Ea Add S (QTY 3) | 40,476.00 | 40,476.00 | 0.00 | 0.00 |
| 07/22/21 | 22842 - Post Segmt Instrum; 3 To 6 Ver | 27,720.00 | 27,720.00 | 0.00 | 0.00 |
| 07/22/21 | 20936 - Autogft Spin Surg; Local-same | 3,741.00 | 3,741.00 | 0.00 | 0.00 |
| 07/22/21 | 20930 - Allogft Spine Surg Only; Morse | 3,009.00 | 3,009.00 | 0.00 | 0.00 |
| | ENCOUNTER TOTAL | 163,110.00 | 163,110.00 | 0.00 | 163,110.00 |
| | ENCOUNTER 690752 FOR LEU, GARY WITH MONTALBANO MD, PAUL J | | | | |
| 07/23/21 | L0464B - TLSO 4Mod sacro-scap pre | 1,650.00 | 1,650.00 | 0.00 | 0.00 |
| | ENCOUNTER TOTAL | 1,650.00 | 1,650.00 | 0.00 | 1,650.00 |

**\*\*Please See Message Below\*\***

| Current | 30-60 | 60-90 | 90-120 | Over 120 | Account Balance | Account # | TOTAL DUE |
|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | %165915.00 | %165915.00 | 175082 | $0.00 |

SURGICAL ASSIST CHARGES ARE BILLED SEPARATELY

# EXHIBIT 3

# EXHIBIT 3

Svangstu NP, Deborah
6140 W Curtisian Ave
Suite 400
Boise, ID  83704-8907

**Address Service Requested**

**Please Pay Online At:   WWW.IDNEURO.COM**

PHONE #  (208) 327-5600

| | | |
|---|---|---|
| MasterCard ☐ M/C | VISA ☐ VISA | |
| CARD NUMBER | | EXP. DATE |
| SIGNATURE X | | CVV # |
| DATE | PAY THIS AMOUNT | ACCT. # |
| 08/09/21 | $0.00 | 175082 |
| PAGE # 1 | SHOW AMOUNT PAID HERE $ | |

REMIT TO:

1024 *************AUTO**MIXED AADC 836 6

GARY M LEU
1943 KAYS CREEK DR
LAYTON UT 84040-8243

Svangstu NP, Deborah
6140 W Curtisian Ave
Suite 400
Boise, ID  83704-8907

☐ Please check box if above address is incorrect and indicate change(s) on reverse side.

**STATEMENT**

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| Date of Service | Description | Amount | Ins Balance | Patient Balance | Line Item Balance |
|---|---|---|---|---|---|
| | ENCOUNTER 690121 FOR LEU, GARY WITH SVANGSTU NP, DEBORAH | | | | |
| 07/22/21 | AS22327 - Open Tx Vert Fx/disloc-post-1; | 18,417.00 | 18,417.00 | 0.00 | 0.00 |
| 07/22/21 | AS22328 - Op Tx Vert Fx/disloc-post; Ea | 5,859.00 | 5,859.00 | 0.00 | 0.00 |
| 07/22/21 | AS22610 - Arthrodesis-post/postlat-1; Th | 19,806.00 | 19,806.00 | 0.00 | 0.00 |
| 07/22/21 | AS22614 - Arthrodesis-post/lat; Ea Add S (QTY | 21,093.00 | 21,093.00 | 0.00 | 0.00 |
| 07/22/21 | AS22842 - Post Segmt Instrum; 3 To 6 Ver | 13,860.00 | 13,860.00 | 0.00 | 0.00 |
| | ENCOUNTER TOTAL | 79,035.00 | 79,035.00 | 0.00 | 79,035.00 |

**Please See Message Below**

| Current | 30-60 | 60-90 | 90-120 | Over 120 | Account Balance | Account # | TOTAL DUE |
|---|---|---|---|---|---|---|---|
| 79,035.00 | 0.00 | 0.00 | 0.00 | 0.00 | 79,035.00 | 175082 | $0.00 |

SURGICAL ASSIST CHARGES ARE BILLED SEPARATELY

Page 1 of 1  Account #: 175082          Svangstu NP, Deborah

135112-0001076

# EXHIBIT 4

# EXHIBIT 4

 Gmail

Kathe Hendricks <ksh@careylawidaho.com>

## G. Leu and D. Leu
2 messages

**Cortney Kriss** <ckriss@idneuro.com>                                                                Thu, Jan 27, 2022 at 8:39 AM
To: "ksh@careylawidaho.com" <ksh@careylawidaho.com>

Hello Kathy, per our conversation today I have included a copy of current billing statements and Danae has a $0.00 balance. It was paid her Med Pay Horace Mann. Gary's charges were sent to Horace Mann as well and they paid $3,000 which we applied to the Assistant Surgeons bill. We then billed American Reliable Bodily Injury claim for medical benefits which I understand is still pending. Dr. Montalbano does not bill Health Insurance for Auto Accidents. However, he is open to negotiations upon settlement of the injury claim in which his lien is against. I will keep you updated if anything different happens. Let me know if you need anything from our office. I appreciate your call today.


*Cortney Kriss*

**Neuroscience Associates (NSA)**

Liability and Claims Coordinator

Drs. Timothy Johans, Paul Montalbano, Michael Hajjar, Kelly Bridges, Thomas Manning, Richard Lochhead and Dr. Christopher Alessi

6140 W. Curtisian Ave Ste. 400 Boise ID 83704

Phone. 208-327-5656

Fax. 208-327-5602

**Ckriss@idneuro.com**



**3 attachments**

 **lien Leu.pdf**
93K

 **G Leu Statements.pdf**
160K

 **Leu D Statement.pdf**
267K

**Kathe Hendricks** <ksh@careylawidaho.com>                                                      Tue, Feb 15, 2022 at 3:03 PM
To: Donald Carey <dfc@careylawidaho.com>

[Quoted text hidden]

# EXHIBIT 5

# EXHIBIT 5

# PIP and Medical Payments Log

| Carrier Name: | THE HORACE MANN COMPANIES | Claim Number: | AU02291111 | Date of Loss: | 07/22/2021 | Patient Name: | Leu, Gary |
|---|---|---|---|---|---|---|---|

| Expense Summary | Medical | Wages | Services | Funeral | Other | Totals |
|---|---|---|---|---|---|---|
| **Total Charges** | $ 295038.83 | | | | | $ 295038.83 |
| **Total Paid** | $ 3000.00 | | | | | $ 3000.00 |
| Allocated to PIP | $ 3000.00 | | | | | $ 3000.00 |
| Allocated to MP | $ 0.00 | | | | | $ 0.00 |
| Interest+Penalty Paid | $ 0.00 | | | | | $ 0.00 |
| **Applied to Deductible** | $ 0.00 | | | | | $ 0.00 |
| **Applied to Copay** | $ 0.00 | | | | | $ 0.00 |

| Doc ID | Received Date | Paid Date | Expense Type | Service Provider/ Payee | Billing Provider | Dates of Service | Charges | Reim Amt | Deductible | Copay | Paid Amount | Check Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QH0012314 | 2021-08-16 | 2021-08-18 | Medical | SAINT ALPHONSUS REGIONAL | Saint Alphonsus Regional | 07/22/2021-07/22/2021 | $ 214444.83 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | |
| UP0218965 | 2021-07-23 | 2021-08-09 | Medical | SVANGSTU, DEBORAH | Montalbano, Paul | 07/22/2021-07/22/2021 | $ 79035.00 | $ 7691.41 | $ 0.00 | $ 0.00 | $ 7691.41 | |
| UP0218965 | 2021-07-23 | 2021-08-11 | Medical | SVANGSTU, DEBORAH | Montalbano, Paul | 07/22/2021-07/22/2021 | $ 79035.00 | $ 3000.00 | $ 0.00 | $ 0.00 | $ 0.00 | |
| UP0219515 | 2021-08-11 | 2021-08-17 | Medical | Canyon County Ambulance District | Canyon County Ambulance District | 07/22/2021-07/22/2021 | $ 1559.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | |
| MDPIP | | 2021-07-22 | Medical | Montalbano, Paul J | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ -4691.41 | 4100658532 |

# EXHIBIT 6

# EXHIBIT 6

 **FAIR**Health
Consumer

ES    EN

Medical Costs    Dental Costs    Shoppable Services    Insurance Basics    Resources    Shared Decision Making    Quality    Glossary

Total Cost Related to
**Treatment of broken or dislocated middle spine bone**
**CPT Code 22327**
Boise, ID 83704

$12,680
Out-of-Network ❓

$5,023
In-Network
Price ❓

Cost                    Questions to Ask                    Learn

$ See out-of-network Reimbursement          ↻ Search Again

## ☑ Primary Medical Procedure

Treatment of broken or dislocated middle spine bone     **$9,284**          **$3,334**
CPT Code : 22327

## ☑ Related Costs (if Applicable)          **$3,396**          **$1,689**

\* N/A        means that our database does not have enough data to provide a cost estimate for this procedure code in this geographic area.

FAIR Health's cost estimates only apply to people who have private insurance, or who are uninsured. Our cost estimates don't include government programs like Medicare, Medicaid or military plans like Tricare. But, they may be helpful if you're comparing costs for Medicare Advantage Plans, where you often pay more if you go outside your plan network.

Current Procedural Terminology Codes ("CPT") displayed on the site are owned and copyrighted by the American Medical Association ("AMA") and licensed to FAIR Health. CPT copyright 2020 American Medical Association.

FAIR Health utilizes both commercial and Medicare data to create the out-of-network uninsured price.

Prices are based on FH® Benchmarks.

For Personal Consumer Use Only.
Use for commercial and litigation use is prohibited.
Copyright 2021 FAIR Health, Inc. All rights reserved.

# EXHIBIT 7

# EXHIBIT 7

≡   **FAIR Health** Consumer                    ES | EN

**Medical Costs**   **Dental Costs**   **Shoppable Services**   Shared Decision Making   Insurance Basics   Quality   Resources   Glossar

### Cost Related to

**Emergency department visit for problem of high severity**
CPT Code 99284
Boise, ID 83704

↻ Search Again   🖶 Print                                    Out-of-Network ❓   In-Network ❓
                                                                                   Price

| | | Out-of-Network | In-Network Price |
|---|---|---|---|
| **Cost** | **Primary Medical Procedure** | $221 | $99 |
| | Medical Procedure | | |
| | Emergency department visit for problem of high severity | | |
| | CPT Code: 99284 | | |
| **Local Price Comparison** | | | See out-of-network Reimbursement |

**Learn**

🟢 Possible additional related costs are listed below. You can add them to the Primary Medical Procedure. This will update the Total Cost amount below.

**Questions to Ask**

∧   **Related Costs (if Applicable)**   [ + Add All ]   **Out-of-Network**   **In-Network Price**

#### Facility Costs

| **Hospital (Outpatient)** | [ + Add ] | $1,482 | $744 |
|---|---|---|---|

Hospital Outpatient Facility (HOSPF) estimate for procedure code 99284 (in addition to your doctor's fee) ❓
CPT Code: 99284

\* N/A   means that our database does not have enough data to provide a cost estimate for this procedure code in this geographic area.

FAIR Health's cost estimates only apply to people who have private insurance, or who are uninsured. Our cost estimates don't include government programs like Medicare, Medicaid or military plans like Tricare. But, they may be helpful if you're comparing costs for Medicare Advantage Plans, where you often pay more if you go outside your plan network.

Current Procedural Terminology Codes ("CPT") displayed on the site are owned and copyrighted by the American Medical Association ("AMA") and licensed to FAIR Health.

CPT copyright 2020 American Medical Association.

FAIR Health utilizes both commercial and Medicare data to create the out-of-network uninsured price.

Prices are based on FH® Benchmarks

| Total Cost | | $221 | $99 |
|---|---|---|---|
| | | Out-of-Network | In-Network Price |



**FAIR Health** Consumer

ES | EN ⊘

__Medical Costs__    __Dental Costs__    __Shoppable Services__    Insurance Basics    Resources    Shared Decision Making    Quality    Glossary

Total Cost Related to
**Treatment of broken or dislocated spine bone, each additional segment**
CPT Code 22328
Boise, ID 83704

$2,287
**Out-of-Network** ❓

$821
**In-Network Price** ❓

Cost                Questions to Ask                Learn

§  See out-of-network Reimbursement          ↻ Search Again

### ☑ Primary Medical Procedure

**Treatment of broken or dislocated spine bone, each additional segment**
CPT Code : 22328                                            **$2,287**          **$821**

\* N/A        means that our database does not have enough data to provide a cost estimate for this procedure code in this geographic area.
FAIR Health's cost estimates only apply to people who have private insurance, or who are uninsured. Our cost estimates don't include government
programs like Medicare, Medicaid or military plans like Tricare. But, they may be helpful if you're comparing costs for Medicare Advantage Plans, where
you often pay more if you go outside your plan network.
Current Procedural Terminology Codes ("CPT") displayed on the site are owned and copyrighted by the American Medical Association ("AMA") and
licensed to FAIR Health. CPT copyright 2020 American Medical Association.
FAIR Health utilizes both commercial and Medicare data to create the out-of-network uninsured price.
Prices are based on FH® Benchmarks

For Personal and Consumer Use Only. Use for commercial and litigation use is prohibited. Copyright 2022, FAIR Health, Inc. All rights reserved.



FAIR**Health**
Consumer

ES | EN ⊘

Medical Costs    Dental Costs    **Shoppable Services**    Insurance Basics    Resources    Shared Decision Making    Quality    Glossary

Total Cost Related to
**Fusion of spine in upper back**
CPT Code 22610
Boise, ID 83704

$22,954    **Out-of-Network** ❓

$10,212    **In-Network Price** ❓

____Cost____          Questions to Ask          Learn

$  See out-of-network Reimbursement          ↻ Search Again

### ☑  Primary Medical Procedure

Fusion of spine in upper back          $8,434          **$3,029**
CPT Code : 22610

### ☑  Related Costs (if Applicable)          $14,520          **$7,183**

Use for personal Consumer Use Only and litigation use is prohibited. Copyright 2022 FAIR Health, Inc. All rights reserved.

* N/A          means that our database does not have enough data to provide a cost estimate for this procedure code in this geographic area.
FAIR Health's cost estimates only apply to people who have private insurance, or who are uninsured. Our cost estimates don't include government programs like Medicare, Medicaid or military plans like Tricare. But, they may be helpful if you're comparing costs for Medicare Advantage Plans, where you often pay more if you go outside your plan network.
Current Procedural Terminology Codes ("CPT") displayed on the site are owned and copyrighted by the American Medical Association ("AMA") and licensed to FAIR Health. CPT copyright 2020 American Medical Association.
FAIR Health utilizes both commercial and Medicare data to create the out-of-network uninsured price.
Prices are based on FH® Benchmarks.

**FAIR**Health
Consumer

ES | EN

Medical Costs  Dental Costs  Shoppable Services  Insurance Basics  Resources  Shared Decision Making  Quality  Glossary



Total Cost Related to

**Fusion of additional segment of spine**
CPT Code 22614
Boise, ID 83704

$19,446   **Out-of-Network** ?

$8,428   **In-Network Price** ?

Cost | Questions to Ask | Learn

$ See out-of-network Reimbursement          ↻ Search Again

## ☑ Primary Medical Procedure

**Fusion of additional segment of spine**
CPT Code : 22614                              $4,498        $1,061

## ☑ Related Costs (if Applicable)

                                             $14,948       $7,367

\* N/A      means that our database does not have enough data to provide a cost estimate for this procedure code in this geographic area.
FAIR Health's cost estimates only apply to people who have private insurance, or who are uninsured. Our cost estimates don't include government programs like Medicare, Medicaid or military plans like Tricare. But, they may be helpful if you're comparing costs for Medicare Advantage Plans, where you often pay more if you go outside your plan network.
Current Procedural Terminology Codes ("CPT") displayed on the site are owned and copyrighted by the American Medical Association ("AMA") and licensed to FAIR Health. CPT copyright 2020 American Medical Association.
FAIR Health utilizes both commercial and Medicare data to create the out-of-network uninsured price.
Prices are based on FH® Benchmarks.

Use for Personal Consumer Use Only. Use in commercial and litigation use is prohibited. Copyright 2022 FAIR Health, Inc. All rights reserved.

FAIR Health Consumer

ES  EN

**Medical Costs**   Dental Costs   Shoppable Services   Insurance Basics   Resources   Shared Decision Making   Quality   Glossary

Total Cost Related to

**Placement of stabilizing device to back, 3-6 spine bone segments**
**CPT Code 22842**
Boise, ID 83704

$23,620
**Out-of-Network**

$11,445
**In-Network Price**

Cost            Questions to Ask            Learn

$  See out-of-network reimbursement          ↻ Search Again

## ☑  Primary Medical Procedure

Placement of stabilizing device to back, 3-6 spine bone segments
CPT Code : 22842                                    $9,241          $4,359

## ☑  Related Costs (if Applicable)

$14,379         $7,086

* N/A means that our database does not have enough data to provide a cost estimate for this procedure code in this geographic area.

FAIR Health's cost estimates only apply to people who have private insurance, or who are uninsured. Our cost estimates don't include government programs like Medicare, Medicaid or military plans like Tricare. But, they may be helpful if you're comparing costs for Medicare Advantage Plans, where you often pay more if you go outside your plan network.

Current Procedural Terminology Codes ("CPT") distributed on the site are owned and copyrighted by the American Medical Association ("AMA") and licensed to FAIR Health. CPT copyright 2020 American Medical Association.

FAIR Health utilizes both commercial and Medicare data to create the out-of-network uninsured price.

Prices are based on FH® Benchmarks

For Personal Consumer Use Only. Use in Commercial and litigation use is prohibited. Copyright 2022 FAIR Health, Inc. All rights reserved.



**FAIR** Health
Consumer

ES    EN

Medical Costs    Dental Costs    Shoppable Services    Insurance Basics    Resources    Shared Decision Making    Quality    Glossary

Total Cost Related to
**Harvest of bone from same spine incision for graft**
CPT Code 20936
Boise, ID 83704

$5,731
**Out-of-Network**

$3,140
**In-Network
Price**

Cost                    Questions to Ask                    Learn

$  See out-of-network reimbursement          ↻ Search Again

## ☑ Primary Medical Procedure

**Harvest of bone from same spine incision for graft**
CPT Code : 20936                                    $1,243          $619

## ☑ Related Costs (if Applicable)          $4,484          $2,521

\* N/A        means that our database does not have enough data to provide a cost estimate for this procedure code in this geographic area.
FAIR Health's cost estimates only apply to people who have private insurance, or who are uninsured. Our cost estimates don't include government
programs like Medicare, Medicaid or military plans like Tricare. But, they may be helpful if you're comparing costs for Medicare Advantage Plans, where
you often pay more if you go outside your plan network.
Current Procedural Terminology Codes ("CPT") displayed on the site are owned and copyrighted by the American Medical Association ("AMA") and
licensed to FAIR Health. CPT copyright 2020 American Medical Association.
FAIR Health utilizes both commercial and Medicare data to create the out-of-network uninsured price.
Prices are based on FH® Benchmarks.

For Personal Consumer Use Only.
Use for commercial and litigation use is prohibited.
Copyright 2022 FAIR Health, Inc. All rights reserved.



FAIR Health Consumer

ES | EN ⊘

**Medical Costs**   Dental Costs   Shoppable Services   Insurance Basics   Resources   Shared Decision Making   Quality   Glossary

Total Cost Related to

**Placement of fragmented bone graft or material to spine to promote bone growth**
CPT Code 20930
Boise, ID 83704

$3,984
**Out-of-Network** ❓

$2,224
**In-Network Price** ❓

---

Cost | Questions to Ask | Learn

$ See out-of-network Reimbursement | ↻ Search Again

## ☑ Primary Medical Procedure

Placement of fragmented bone graft or material to spine to promote bone growth
CPT Code : 20930

$250      $124

## ☑ Related Costs (if Applicable)

$3,734      $2,100

---

* N/A         means that our database does not have enough data to provide a cost estimate for this procedure code in this geographic area.

FAIR Health's cost estimates only apply to people who have private insurance, or who are uninsured. Our cost estimates don't include government programs like Medicare, Medicaid or military plans like Tricare. But, they may be helpful if you're comparing costs for Medicare Advantage Plans, where you often pay more if you go outside your plan network.

Current Procedural Terminology Codes ("CPT") displayed on the site are owned and copyrighted by the American Medical Association ("AMA") and licensed to FAIR Health. CPT copyright 2020 American Medical Association.

FAIR Health utilizes both commercial and Medicare data to create the out-of-network uninsured price.

Prices are based on FH® Benchmarks.

Use for Personal Consumer Use Only. Use for commercial and litigation use is prohibited. Copyright 2022 FAIR Health, Inc. All rights reserved.

# EXHIBIT 8

# EXHIBIT 8

ADA COUNTY RECORDER  Phil McGrane          **2021-116926**
BOISE IDAHO  Pgs=1  CHE FOWLER              08/06/2021 08:25 AM
NS SUPPORT/NEUROSCIENCE                     AMOUNT:$10.00

**RECEIVED**

AUG 1 1 2021

0103427020210116926 0010013

DOCTOR LIEN
STATEMENT OF CLAIM

NOTICE IS HEREBY GIVEN THAT, pursuant to Section 45-704B, Idaho Code, NEUROSCIENCE
ASSOCIATES and PAUL MONTALBANO M.D., 6140 Curtisian, Ste 400, Boise, Idaho 83704
("Claimant") hereby claim a lien against any and all causes of action, suits, claims, counterclaims or
demands which GARY M. LEU, a patient, whose address is 1943 Kays Creek Drive, Layton, UT 84040-
8243, and/or his legal representatives may have against the following named persons, firms or
corporations, to-wit

AMERICAN RELIABLE INSURANCE CO.        P.O. Box 6002, Scottsdale, AZ 85261 Cl#R21259878

JAMES ECKHARDT      %AMERICAN RELIABLE INS. CO., P.O. Box 6002, Scottsdale, AZ 85261

The forenamed person, firms or corporations are claimed by the above-named patient to be liable for
damages arising from said patient's injuries.

Claimant began providing medical services to the above-named patient on the 22nd of July 2021 and
ceased providing medical services to the above-name patient on the 23rd of July 2021 and thus less than
ninety (90) days have elapsed since the last date of medical services for the above-named patient's
injuries.  The amount claimed to be due for such medical service is $244,950.00.

DATED the 3rd of August 2021                    NEUROSCIENCE ASSOCIATES

By _signature_
STATE OF IDAHO          )              His Authorized Agent
                        : ss.          6140 Curtisian, Ste 400
County of Ada           )              Boise, Idaho 83704

Joanna M. Weyand, being first duly sworn upon oath deposes and says:  That I am the authorized agent of
Neuroscience Associates; I have read the above and foregoing Statement of Claim and know the contents
thereof; that the facts stated therein are true as I verily believe.

_signature_
Joanna M. Weyand

Subscribed and sworn to before me this 3rd of August 2021.

_signature_
NOTARY PUBLIC for Idaho
Residing at Caldwell, therein.
My Commission Expires:  2/2/22

CERTIFICATE OF MAILING
The undersigned certifies that on the 3rd day of August 2021, a copy of the above and foregoing
Statement of Claim was deposited in the U.S. Mail, first class postage prepaid thereon, addressed to each
of the persons, firms or corporations whose names and addresses are set forth therein.

_signature_

# EXHIBIT 9

# EXHIBIT 9

Donald F. Carey
dfc@careylawidaho.com

Licensed in
Idaho & Wyoming

# Carey Law
The Experience You Want. The Results You Need.

Law Office of
Carey Law, PLLC
477 Shoup Ave Suite 203
Idaho Falls, Idaho 83402

February 16, 2022
Via email: ckriss@idneuro.com

Cortney Kriss
Liability and Claims Coordinator
Neurosciences Associates
6140 W. Curtisan Ave. Suite 400
Boise, Idaho 83704

Re: Gary M. Leu
Date of Service: July 22, 2021

Dear Ms. Kriss,

I represent Gary Leu. You have been in contact with my office paralegal, Kathe Hendricks, concerning the medical lien filed by Neuroscience Associates for medical services provided to Mr. Leu, following a motor vehicle accident of July 21, 2021. Mr. Leu was injured in the MVA and was transported to St. Alphonsus Hospital. Mr. Leu had surgery on July 22, 2021, by Dr. Montalbano. On August 6, 2021, Neuroscience Associates filed a medical lien for services rendered. That lien was filed in violation of Idaho law.

My office has reached out to Neuroscience Associates on several occasions asking that the charges for Mr. Leu's surgery be submitted to Select Health for payment. On January 27, 2022, you sent Kathe an email stating that Dr. Montalbano does not bill insurance carriers for auto accidents, but that he is open to negotiations. This is improper.

The filing of a lien for medical services is considered an extraordinary collection action. I.C. § 48-303(3). Pursuant to I.C. §48-304, a lien cannot be filed, unless certain conditions precedent have been satisfied. Those conditions include:

1. Within 45 days of service, or discharge, whichever is later "a health care provider submits its charges related to the provision of goods or services to the third-party payor, or payors of the *patient*, identified by the patient to the health care provider in connection with the services, if any, or, in the event no third party payor was identified, to the patient."

2. Within sixty (60) days from the date of the provision of goods or services to the patient or from the date of discharge, whichever is later, the patient receives from the health care facility that the patient visited, a consolidated summary of services, free of charge, unless the health care facility is exempted from providing a consolidated summary of services pursuant to section 48-309, Idaho Code;

3. The patient receives, free of charge, a final statement from the billing entity of the health care provider;

4. The health care provider does not charge or cause to accrue any interest, fees, or other ancillary charges until at least sixty (60) days have passed from the date of receipt of the final statement; and

5. At least ninety (90) days have passed from receipt of the final statement by the patient and final resolution of all internal reviews, good faith disputes, and appeals of any charges or third-party payor obligations or payments.

In light of your statement of January 27, 2022, to my office that "Dr. Montalbano does not bill insurance carriers for auto accidents", and in light of the fact that you continued to refuse to submit the related charges to Select Health, my client's health insurance carrier, Dr. Montalbano is out of compliance with the statutory provisions set forth above. Dr. Montalbano *must* submit his charges to Select Health, as a matter of law.

Demand is made that Neuroscience Associates and Dr. Montalbano, on receipt of this letter, withdraw the improperly filed medical lien, and submit the full charges incurred by my client to Select Health for payment. Please immediately confirm your compliance with these demands.

If a lawsuit becomes necessary to force Dr. Montalbano's compliance with the law, I will seek fees and costs, and will assert a damages claim against Dr. Montalbano on behalf of Mr. Leu. The law, in support of that position is found at I.C. § 48-305(3), which states;

> Notwithstanding any provision of law or agreement to the contrary, if a patient in a contested judgment is a prevailing party, then the patient shall be entitled to recover from a nonprevailing party all costs, expenses, and fees, including attorney's fees, incurred by the patient in contesting the action, and the patient shall have no liability to any nonprevailing parties for any costs, expenses, and fees, including attorney's fees and prejudgment interest incurred by a nonprevailing party.

You should note that unlike many other fee provisions, this statutory provision does not contain the caveat "reasonable" in connection with the court's award of attorney's fees. Additionally, the deliberate and intentional failure to comply with the law could be grounds to seek punitive damages.

Dr. Montalbano would be well advised to seek the advice of counsel.

Very truly yours,

*/s/ Donald F. Carey*
Donald F. Carey

DFC/

Carey Law, PLLC
477 Shoup Ave Suite 203  ▪  Idaho Falls, ID 83402
Phone: 208.525.2604  ▪  Fax: 208.525.8813

# EXHIBIT 10

# EXHIBIT 10

 **Gmail**

Kathe Hendricks <ksh@careylawidaho.com>

---

**Gary Leu**
2 messages

---

**Kathe Hendricks** <ksh@careylawidaho.com>
To: ckriss@idneuro.com

Wed, Feb 16, 2022 at 8:52 AM

Good morning Courtney,

Please see attached correspondence regarding Gary Leu.

Kindly confirm receipt of this email.  Thank you.

Kathe Hendricks
Paralegal
CAREY LAW, PLLC
477 Shoup Avenue, Suite 203
Idaho Falls, ID 83402
Telephone:  (208) 525-2604
Facsimile:  (208) 525-8813

---

📄 **Revised krissltr021622final.pdf**
135K

---

**Cortney Kriss** <ckriss@idneuro.com>
To: Kathe Hendricks <ksh@careylawidaho.com>

Wed, Feb 16, 2022 at 9:14 AM

Thank you Kathe, I got the letter printed and will make sure it goes to the right people. Have a good day 😊 Cortney

*Cortney Kriss*

**Neuroscience Associates (NSA)**

Liability and Claims Coordinator

Drs. Timothy Johans, Paul Montalbano, Michael Hajjar, Kelly Bridges, Thomas Manning, Richard Lochhead and Dr. Christopher Alessi

6140 W. Curtisian Ave Ste. 400 Boise ID 83704

Phone. 208-327-5656

Fax. 208-327-5602

**Ckriss@idneuro.com**



[Quoted text hidden]